UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUANTUM, INC.
        Plaintiff,

v.                                                                                 Case no. 2:16-mc-51574-RHC-MKM
                                                        Hon. Robert H. Cleland
AKESO HEALTH SCIENCES, LLC,
        Defendant,                                      Underlying Case:
and                                                                              Case no. 3:16-cv-00334-JE (D. Or.)

H&H WHOLESALE SERVICES, INC.,
        Nonparty recipient of subpoena.

## STIPULATED ORDER FOR BRIEFING SCHEDULE FOR
## MOTION TO QUASH SUBPOENA

The parties stipulate the following briefing schedule for H&H Wholesale Services, Inc.'s Motion to Quash Subpoena which was filed on October 28, 2016:

    Akeso Health Sciences, LLC's Response is due:    December 2, 2016

    H&H Wholesale Services, Inc.'s Reply is due:    December 9, 2016

IT IS SO ORDERED.

Dated: November 17, 2016

                                                  s/Robert H. Cleland
                                                  Robert H. Cleland
                                                  UNITED STATES DISTRICT JUDGE

The parties consent to entry of the above order:

| /s/ Ronald S. Nixon | /s/ Jason C. Yert |
|---|---|
| Ronald S. Nixon (P57117) | Jacon C. Yert (P67144) |
| Kemp Klein Law Firm | Kerr, Russell and Weber, PLC |
| Attorneys for Akeso Health Sciences | Attorneys for H&H Wholesale Services |
| 201 W. Big Beaver Rd., Ste. 600 | 400 Woodward Ave., Ste. 2500 |
| Troy, Michigan 48084 | Detroit, Michigan 48226 |
| 248-528-1111 | (313) 961-0200 |
| ron.nixon@kkue.com | jyert@krwlaw.com |