UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUANTUM, INC.
        Plaintiff,

v.                                            Case no. 2:16-mc-51574-RHC-MKM
                                              Hon. Robert H. Cleland

AKESO HEALTH SCIENCES, LLC,
        Defendant,            Underlying Case:
and                                        Case no. 3:16-cv-00334-JE (D. Or.)

H&H WHOLESALE SERVICES, INC.,
        Nonparty recipient of subpoena.

---

## STIPULATED ORDER TO AMEND BRIEFING SCHEDULE

Because a mediation is occurring in the underlying case this week that may obviate the need for H&H Wholesale Services, Inc.'s motion to quash subpoena, H&H and Akeso Health Sciences, LLC request that the Court amend the briefing schedule entered on November 17, 2016, as follows

    Akeso Health Sciences, LLC's Response is now due:  December 9, 2016

    H&H Wholesale Services, Inc.'s Reply is now due:  December 16, 2016

IT IS SO ORDERED.

Dated: December 1, 2016

                                              s/Robert H. Cleland
                                              Robert H. Cleland
                                              UNITED STATES DISTRICT JUDGE

The parties stipulate to entry of the above order:

| | |
|---|---|
| /s/ Ronald S. Nixon | Jason C. Yert (P67144) |
| Ronald S. Nixon (P57117) | Kerr, Russell and Weber, PLC |
| Kemp Klein Law Firm | Attorneys for H&H Wholesale Services |
| Attorneys for Akeso Health Sciences | 400 Woodward Ave., Ste. 2500 |
| 201 W. Big Beaver Rd., Ste. 600 | Detroit, Michigan 48226 |
| Troy, Michigan 48084 | (313) 961-0200 |
| 248-528-1111 | jyert@krwlaw.com |
| ron.nixon@kkue.com | |
| /s/ Jason C. Yert | |